IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERTA ECKENRODE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EBENSBURG CARE CENTER, LLC, )<br>)<br>Defendant. ) | Civil Action No. 3:22-46<br>Judge Stephanie L. Haines |

**ORDER OF COURT**

AND NOW, this 7th day of November, 2022, neutral David B. White, Esq., having filed a report indicating that this case has resolved [Doc. 23], and the only remaining matter being the submission of a stipulation of settlement and dismissal, accordingly, with no further action being required by the Court at this time, the following order is entered:

IT IS ORDERED that the Clerk shall remove this case from the docket for administrative purposes. Nothing contained in this order shall be construed as a final dismissal or disposition of this case and, should further proceedings in it become necessary, the case shall be reinstated to the docket upon written request of either party. Jurisdiction is retained over the completion and enforcement of settlement.

Stephanie L. Haines
United States District Judge

cc/ecf: All counsel of record

1