IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERTA ECKENRODE, :
:
    Plaintiff, :
: Case No.: 3:22-cv-00046-SLH
v. :
:
EBENSBURG CARE CENTER, LLC :
d/b/a CAMBRIA CARE CENTER, :
:
    Defendant. :
:

## STIPULATION TO DISMISS CASE WITH PREJUDICE

On behalf of the Plaintiff, Roberta Eckenrode, and the Defendant, Ebensburg Care Center, LLC d/b/a Cambria Care Center, both parties and counsel consent to dismissal of the above matter. Both parties consent to being responsible for their own tax consequences and bear its own fees and costs. Please kindly dismiss this case with prejudice pursuant to Fed.R.Civ.P. 41 (a)(1)(ii).

| | |
|---|---|
| **J.P. WARD & ASSOCIATES, LLC.:** | **BABST CALLAND:** |
| */s/ Joshua P. Ward* | */s/ Carla Castello* |
| Joshua P. Ward, Esquire | Carla Castello, Esquire |
| PA ID # 320247 | PA ID # 326808 |
| Counsel for Plaintiff | Counsel for Defendant |

Date: September 6, 2023

AND NOW, this 6th day of September, 2023, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE